MICHAEL T. LUCEY (SBN: 99927)
JON C. YONEMITSU (SBN: 199026)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mlucey@gordonrees.com
jyonemitsu@gordonrees.com

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA and MICHAEL ADAMS

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MERCEDES DE SOUZA,<br><br>    Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | CASE NO. CV-09-2726-MEJ<br><br>STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL |

Plaintiff MERCEDES DE SOUZA ("Plaintiff") and Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (individually "The Regents") and MICHAEL ADAMS (individually "Adams") (collectively "Defendants"), through their attorneys of record, hereby stipulate that Plaintiff dismiss certain causes of action in the First Amended Complaint as to certain Defendants follows:

1.    On April 21, 2009, Plaintiff filed a Complaint against The Regents in San Francisco Superior Court asserting two causes of action, the first for race and gender discrimination and the second for retaliation. Both causes of action allege liability pursuant to 42 U.S.C. § 1981 and the California Federal Employment and Housing Act ("FEHA").

2.    Prior to responding to the Complaint, Plaintiff filed a First Amended Complaint

("FAC") on or about June 5, 2009. The FAC added Adams as a named defendant and maintained the original two causes of action under 42 U.S.C. § 1981 and the FEHA.

3. Through their attorneys, the parties have met and conferred regarding the application of 42 U.S.C. § 1981 and the FEHA as they relate to each defendant. The parties agree that in lieu of Defendants filing a motion to dismiss under Fed.R.Civ.P. 12(b)(6) to challenge the FAC, the parties enter into this Stipulation.

4. Plaintiff dismisses The Regents with prejudice from the first and second causes of action as those causes of action relate only to 42 U.S.C. § 1981. The Regents is a corporation created by the California Constitution and is not considered a "person" within the meaning of § 1981. (*Rucker v. Regents of the University of California* (N.D. Cal. 2004) WL 2623993; *Armstrong v. Myers* (9th Cir. 1992) 964 F.2d 948, 949-950.) This Stipulation does not address Plaintiff's ability to pursue The Regents for violation of the FEHA which is also alleged in the first and second causes of action.

5. Plaintiff dismisses Adams with prejudice from the first cause of action as to the gender discrimination claim as it relates only to 42 U.S.C. § 1981. 42 U.S.C. § 1981 is limited to racial discrimination and does not apply to gender discrimination. (*Runyan v. McCrary* (1960) 427 U.S. 16, 167.) This Stipulation does not address Plaintiff's ability to pursue Adams for violation of 42 U.S.C. § 1981 as it relates to the first cause of action for racial discrimination and the second cause of action for retaliation.

6. Plaintiff dismisses Adams with prejudice from the first and second causes of action as those causes of action relate to the FEHA. In California, supervisory employees, like Adams, are not subject to personal liability for management decisions later considered to be discriminatory. (*Reno v. Baird* (1998) 18 Cal.4th 640, 645-46; *Janken v. GM Hughes Elecs.* (1996) 46 Cal.App.4th 55, 64.)

7. Defendants will file an Answer to the FAC based on the aforementioned stipulated terms within five (5) days after the execution of the Stipulation Order.

/ / /

/ / /

-1-
STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL
USDC Northern District, Case No. CV-09-2726-MEJ

| | |
|---|---|
| IT IS SO STIPULATED. | |
| Dated: June 19, 2009 | GORDON & REES LLP |
| | By: _____ |
| | Jon C. Yonemitsu |
| | Attorneys for Defendants |
| | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and MICHAEL ADAMS |
| Dated: June 22, 2009 | LAW OFFICES OF RICHARD HOYER |
| | By: _____ |
| | Richard A. Hoyer |
| | Attorneys for Plaintiff |
| | MERCEDES DE SOUZA |
| IT IS SO ORDERED. | |
| Dated: June 25, 2009. | _____ |
| | Magistrate Maria-Elena James |
| | United States District Court |

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111