MICHAEL T. LUCEY (SBN: 99927)
JON C. YONEMITSU (SBN: 199026)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mlucey@gordonrees.com
jyonemitsu@gordonrees.com

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA and MICHAEL ADAMS

RICHARD HOYER (SBN 151931)
LAW OFFICES OF RICHARD HOYER
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 276-1738
rah@wpglaw.net

Attorney for Plaintiff
MERCEDES DE SOUZA

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MERCEDES DE SOUZA,<br><br>              Plaintiff,<br><br>   v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and MICHAEL ADAMS,<br><br>              Defendant. | CASE NO. CV-09-2726-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DATES** |

This Stipulation to extend the discovery dates is entered into by and between Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and MICHAEL ADAMS ("Defendants") and plaintiff MERCEDES DE SOUZA by and through their respective counsel, with reference to the following facts:

    1.    WHEREAS, pursuant to the Case Management Order for this matter, expert

disclosures are to be completed by March 1, 2010, rebuttal expert witness disclosures are to be completed by March 11, 2010 and all discovery shall be completed by March 26, 2010;

2. WHEREAS, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, the Parties seek to modify the Case Management Order;

3. WHEREAS, the Parties have agreed to proceed with private mediation with Jeffrey Ross in Oakland on February 10, 2010. In an effort to minimize litigation expenses prior to mediation, the Parties have agreed to postpone continued discovery until after the mediation on February 10. Should the case not settle at mediation, the Parties intend to continue with discovery that will include, at the very least, depositions of named parties and additional written discovery. The discovery after mediation, should mediation prove unsuccessful, will lead to the discovery of admissible evidence at trial for which the Parties' respective expert witnesses will likely consider and rely upon in formulating their respective opinions and conclusions. As the continued discovery efforts of the Parties will continue past the current date for expert disclosures (March 1, 2010), should the case not resolve at the mediation on February 10, 2010, the Parties stipulate to continue the date to disclose experts to allow the Parties' respective experts time to consider information obtained from the continued discovery;

5. WHEREAS, the Parties seek to extend the date to disclose experts. The Parties further stipulate to extend subsequent pre-trial dates as affected by the extension of the date to disclose experts;

6. WHEREAS, the Parties hereby stipulate and respectfully request the Court to modify its September 17, 2009, Case Management Order to extend the pre-trial deadlines as follows, or to dates thereafter convenient to the Court:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosures: | March 1, 2010 | April 30, 2010 |
| Supplemental/Rebuttal Expert Disclosures: | March 11, 2010 | May 12, 2010 |
| Discovery Cut-Off: | March 26, 2010 | May 26, 2010 |
| Dispositive Motion Filing: | April 22, 2010 | June 9, 2010 |
| Dispositive Motion Hearing: | May 27, 2010 | July 15, 2010 |

-2-
STIPULATION and [PROPOSED] ORDER RE: EXTENDING DISCOVERY DATES
USDC Northern District, Case No. CV-09-2726-MEJ

7. WHEREAS, the Parties agree they will not suffer prejudice as a result of the extension of the discovery deadlines set forth above;

8. WHEREAS, the trial date remains the same;

9. This Stipulation to extend discovery dates may be executed by attorneys of record in separate parts with facsimile signatures acceptable.

SO STIPULATED.

Dated: January 6, 2010  GORDON & REES LLP

/ s /

By: _____
Michael T. Lucey
Jon C. Yonemitsu
Attorneys for Defendant THE
REGENTS OF THE UNIVERSITY OF
CALIFORNIA and MICHAEL ADAMS

Dated: January 6, 2010  LAW OFFICES OF RICHARD HOYER

/ s /

By: _____
Richard Hoyer
Attorney for Plaintiff
MERCEDED DE SOUZA

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, good cause appearing therefore, the following discovery pre-trial deadlines are extended as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Expert Disclosures: | March 1, 2010 | April 30, 2010 |
| Supplemental/Rebuttal Expert Disclosures: | March 11, 2010 | May 12, 2010 |
| Discovery Cut-Off: | March 26, 2010 | May 26, 2010 |
| Dispositive Motion Filing: | April 22, 2010 | June 9, 2010 |
| Dispositive Motion Hearing: | May 27, 2010 | July 15, 2010 |

**IT IS SO ORDERED.**

Dated: January 7, 2010

_____
Chief Magistrate Judge Maria-Elena James