# UNITED STATES DISTRICT COURT

Northern District of California

MERCEDES DE SOUZA,

        Plaintiff(s),

  v.

REGENTS OF THE UNIVERSITY,

        Defendant(s).

_____/

No. C 09-2726 MEJ

**ORDER RE STATUS**

Pursuant to the parties' stipulation, dispositive motions in this matter were to be filed by June 9, 2010. (Dkt. #13.) However, neither party filed a motion and there has been no docket activity since January 2010. Accordingly, the Court ORDERS the parties to file a joint status report by July 8, 2010.

**IT IS SO ORDERED.**

Dated: June 18, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge