1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR/1057490/8086712v.1

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MERCEDES DE SOUZA, | CASE NO. CV-09-2726-MEJ |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and MICHAEL ADAMS, | |
| Defendant. | |

Having considered the parties' Stipulation of Dismissal with Prejudice and for good

cause appearing, it is hereby ORDERED:

1.    The action MERCEDES DE SOUZA v. THE REGENTS OF THE UNIVERSITY

OF CALIFORNIA, et al., Case Number CV-09-2726 MEJ, is dismissed with prejudice with each

party to bear their own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:    June 23, 2010
_____

UNIT_____DGE
Judge Maria-Elena James

1

(PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE          USDC Northern District, Case No. CV-09-2726-MEJ